IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMMETT P., by and through his Parents, Allison H.-P. and Michael P., | : | |
| Plaintiffs | : | No. 20-cv-2078 |
| v. | : | |
| TWIN VALLEY SCHOOL DISTRICT | : | Magistrate Judge Timothy R. Rice |
| Defendant | : | |

**ORDER**

AND NOW, this 2nd day of February ,2021, upon consideration of Plaintiffs' Motion for Judgment on the Administrative Record and their Brief in Support thereof, and any response thereto, it is hereby ORDERED that Plaintiffs' Motion is GRANTED, and that Judgment is entered in favor of Plaintiffs and against Defendant. The Decision and Order of the Hearing Officer is AFFIRMED.

BY THE COURT:

/s/ Timothy R. Rice
_____
Timothy R. Rice, United States Magistrate Judge