IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMMETT P., by and through his parents, | : | CIVIL ACTION |
| Allison H.P. and Michael P., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TWIN VALLEY SCHOOL DISTRICT, | : | No. 20-2078 |
| Defendant. | : | |

ORDER

AND NOW, on this 21st day of April, 2021, upon consideration of Plaintiff's Motion for Attorney's fees (doc. 22), Defendant's Response, (doc. 23), and Plaintiff's Reply (doc. 26), it is ORDERED that:

1. Defendant shall pay $184,918.71 in attorney's fees and costs; and

2. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

*/s/ Timothy R. Rice*
Honorable Timothy R. Rice
U.S. Magistrate Judge